RECEIVED
SEP 24 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

---

| | |
|---|---|
| **GREGZELL BROWN** | **CIV. ACT. NO. 18-587** |
| -vs- | **JUDGE DRELL** |
| **ASSET RECOVERY SOLUTIONS, LLC** | **MAG. JUDGE PEREZ-MONTES** |

---

### 60-DAY JUDGMENT OF DISMISSAL

The Court having been advised that this matter has been settled,

**IT IS ORDERED** that this action is **DISMISSED**, without prejudice to the right, upon good cause shown within sixty (60) days of the signing of this Order, to reopen the action if settlement is not consummated. **The Clerk is now requested to close this case.**

**IT IS FURTHER ORDERED** that the parties submit to the Court, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all applicable parties, together with a judgment for execution by the Court.

**SIGNED** on this 21st day of September, 2018, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT